# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF
# PENNSYLVANIA

In re:                                          :         MISC. NO. 24-3003

Standing Local Rules Committee    :

## STANDING ORDER ESTABLISHING
## LOCAL BANKRUPTCY RULES COMMITTEE

**WHEREAS,** the Board of Judges met on February 14, 2024, to consider a proposal to establish a Standing Local Rules Committee (the "Committee"),

**WHEREAS,** the Board of Judges has elected to establish said Committee for the joint benefit of the Court and the members of the Bar,

**WHEREAS,** said Committee shall be charged with the duty to annually review the Local Bankruptcy Rules and Forms and to make recommendations to the Board of Judges for any additions or amendments thereof,

**IT IS THEREFORE ORDERED** that:

1. The Standing Local Rules Committee shall be comprised of members from all constituencies including representatives from the UST Office, Office of the Chapter 13 Standing Trustee, panel Chapter 7 Trustees, consumer and commercial debtor and creditor attorneys as well as members of legal assistance organizations.

2. The Committee shall be supervised by two co-chairs who will be charged with administering the work of the Committee and preparing an annual report of recommendations to the Board of Judges. The co-chairs shall serve for a term of three (3) years. Initial appointment of the co-chairs shall be by the Board of Judges.

Thereafter, the committee shall elect the co-chairs.

3. A Reporter for the Committee shall be selected by the Board of Judges to serve a three (3) term. The Reporter shall be charged with drafting the rules and any amendments thereto as well as Committee comments to be included with the Rules package. Upon expiration of the initial three (3) year term, the Reporter may seek to extend his/her term, or the Board of Judges shall select a new Reporter for the Committee.

4. The initial members of the Committee shall serve for a term of 2-3 years and be appointed by the Board of Judges. One half of the committee consisting of nine (9) members shall be appointed for a two (2) year term, the remaining nine (9) members shall be appointed for a three (3) year term. Upon the expiration of the initial two (2) year terms, the Board of Judges shall appoint new members to the committee who will serve for three (3) years. All successive committee members shall serve a three (3) year term.

5. The Annual Rule Making Calendar shall be as follows:

   a. At the yearly Board of Judges meeting to take place by no later than January 31st each year, a recommendation of any additions or amendments to the local rules shall be considered. Said recommendations shall be forwarded to the co-chairs of the Committee by March 15th.

   b. The Committee shall complete an annual review of the Local Rules by no later than April 20th of each year, including review of any recommendations made by the Board of Judges.

   c. By May 1st, a report and recommendation of any new rules or amendments thereof shall be forwarded to the Board of Judges by the co-chairs.

   d. The Board of Judges will review the report and recommendation and upon approval shall submit the recommendations to the ED PA District Court Bankruptcy Committee for consideration by no later than May 30th.

 e. Upon approval from the ED PA District Court Bankruptcy Committee, the Rules package shall be submitted for Public Comment via the Court's website and distribution through the ED PA Bankruptcy Conference. The period for Public Comment shall take place from July 1st through July 31st each year.

 f. The Committee shall review all comments received and provide a summary of the same to the Board of Judges by no later than August 31st.

 g. The complete Rules package, with any changes as a result of public comment, shall be submitted to the ED PA District Court Bankruptcy Committee with a recommendation from the Board of Judges for their approval by no later than October 31st.

 h. Unless directed otherwise by the District Court, the new Rules package shall be published by November 15th with an effective date of December 1st of each year.

 i. The timelines set forth above may be adjusted at the discretion of the Board of Judges and upon request from the Committee.

6. To the extent that no rule changes are recommended in any given year, the Committee will provide a report to the Board of Judges indicating the same.

**BY THE COURT:**

_____  
**MAGDELINE D. COLEMAN**  
**CHIEF BANKRUPTCY JUDGE**

_____  
**ASHELY M. CHAN**  
**BANKRUPTCY JUDGE**

_____  
**PATRICIA M. MAYER**  
**BANKRUPTCY JUDGE**

**Date: 02/28/24**